

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00164-CR

**RICKEY LAYFIELD,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 52nd District Court
### Coryell County, Texas
### Trial Court No. Fisc 14-22143

## O R D E R

Appellant filed a motion to substitute lead counsel in this appeal. Pursuant to the Texas Rules of Appellate Procedure, either former counsel or the party must sign a notice designating new lead counsel along with new lead counsel. TEX. R. APP. P. 6.1(c). The Court notes that appellant's motion was not signed by either former lead counsel for appellant or appellant. Further, we have no information whether the former lead counsel was appointed or retained. Only the trial court has the ability to remove appointed counsel in this situation. *See* TEX. CODE CRIM. PROC. ANN. 26.04(j)(2) (West 2006).

Accordingly, appellant's motion is denied, and a change in the designation of lead counsel will not be made at this time. Original counsel, Thomas Seigman, remains as lead counsel for appellant, and Niles Illich is added as additional counsel for appellant in this appeal.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed June 21, 2017

